## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 06-67-P-H-03 |
| | ) | |
| GERALD LEWIS, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON SENTENCE MODIFICATION

This is a case in which the retroactive crack cocaine Guideline amendment could affect the defendant's sentence.

After review of a supplemental presentence report, the lawyers' responses and a conference of counsel, and understanding that the defendant is scheduled to be transferred to a halfway house later this month and is scheduled for release to supervision in May, I now determine **NOT** to reduce the sentence. The defendant is free to request early termination of supervised release at an appropriate time in accordance with 18 U.S.C. § 3583(e)(1) and to argue then that I should take into account any "extra" custodial time he has served. See USSG § 1B1.10 cmt. 4(B).

SO ORDERED.

DATED THIS 6TH DAY OF MARCH, 2008

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**